Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Liam J. O'Connor (State Bar No. 246638)
loconnor@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor,
BANK OF THE WEST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Daniel B. Yoon and Jeenee S. Yoon<br><br>Debtors. | CASE NO. 19-42763<br><br>CHAPTER NO. 11<br><br>**DECLARATION OF STEVE DENNISON IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: August 14, 2020<br>Time: 10:00 a.m.<br>Courtroom: Via Tele/Video Conference<br>Judge: Honorable Charles Novack<br><br>R.S. No. SJK-1 |

I, Steve M. Dennison, declare:

1. I am employed by Bank of the West, a California banking corporation ("BOW") in the capacity of Vice President. I am the employee of BOW primarily responsible for the collection of the monies due and owing on Loans to BOW from Defendant KS Aviation, Inc., a California corporation ("KS") and Defendant Sierra Air Center Development, LLC ("Sierra), which is the

486\3576611.2

DECLARATION OF STEVE DENNISON IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

subject of the above-entitled action. The Loans were guaranteed by Debtors Daniel B. Yoon and Jeenee S. Yoon (the "Debtors"), among others. As set forth in BOW's Proof of Claim herein, Debtors stipulated to judgment against them for breach of their guarantees and, pursuant to an agreement with BOW, secured their obligations under the judgment with a second deed of trust on their primary residence.

2. I make this declaration in support of BOW's motion for relief from stay.

3. Under the March 15, 2020 Order Approving Stipulation for Adequate Protection between the Debtors and BOW, the Debtors were ordered to make adequate protection payments of $7,320 per month to BOW. The payments were to commence on March 1, 2020 and continue on the first day of each month thereafter.

4. BOW received the first payment in the amount of $7,320 under on the Stipulated Order in early March 2020. Since then, Debtors have failed to make any of the remaining payments as required by the Stipulated Order.

5. After credit for the one payment they made in March, Debtors currently owe principal, plus interest and late fees as set forth in the table below, plus trustee's fees of $7,451.89, for a total amount of $1,183,834.23, in addition to unreimbursed legal fees.

| Loan No. | Principal | Interest (to 7/24/2020) | Default Interest (to 7/24/2020) | Late Fees | Total | Per Diem |
|---|---|---|---|---|---|---|
| 34 | $396,620.44 | $67,442.81 | $67,621.56 | $4,168.45 | $535,853.26 | $108.66 |
| 59 | $40,738.04 | $5,640.28 | $8,231.60 | $2,494.95 | $57,104.87 | $11.16 |
| 75 | $424,321.92 | $63,178.21 | $81,332.97 | $22,043.00 | $590,876.10 | $116.26 |
| | | | | | | |
| Totals | $861,680.40 | $136,261.30 | $157,186.13 | $28,706.40 | $1,183,834.23 | $236.08 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 27th day of July, 2020, at Sacramento, California.

*Steve Dennison*
Steve M. Dennison

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

486\3576611.2
- 2 -
DECLARATION OF STEVE DENNISON IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Case: 19-42763    Doc# 87-5    Filed: 07/28/20    Entered: 07/28/20 13:46:51    Page 2 of 2