LAWRENCE L. SZABO, #83974
3608 Grand Ave., Ste. 1
Oakland, CA 94610
Tel.: 510-834-4893
Fax: 510-834-9220
Email: szabolaw@gmail.com

Attorney for Debtors
DANIEL B. YOON and JEENEE S.YOON

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL B. YOON and JEENEE S. YOON,<br><br>Debtors. | Case No. 19-42763<br><br>Chapter 11<br><br>**FIRST AMENDED OBJECTION TO ALLOWANCE OF CLAIM OF K.S. AVIATION, INC. [CLAIM 6-2]**<br><br>*NO HEARING DATE SET* |

**TO: K.S. Aviation, Inc.**

DANIEL B. YOON and JEENEE S. YOON ("Debtors") object to the allowance of Claim No. 6-2 filed by K.S. Aviation, Inc. on March 30, 2020 for any amount. A copy of your claim, absent attachments and exhibits, is attached. Such claim is unenforceable against the Debtors and any property of the Debtors under any agreement or applicable law because: (a) K.S. Aviation, Inc. does not have a right to payment by Debtors of a debt owed to K.S. Aviation, Inc.; and (b) K.S. Aviation, Inc. has released and discharged Debtor Daniel B. Yoon from any actual or potential claims, obligations, debts and causes of action of any kind or nature, whether known or unknown, that existed on September 2, 2016 pursuant to an agreement between John Yoon and Dan Yoon titled "Settlement Agreement and General Release".

Debtors object to the allowance of Claim No. 6-2 filed by K.S. Aviation, Inc. on March 30,

1 | 2020 as a secured claim. Such claim is unenforceable as a secured claim against the Debtors and
2 | any property of the Debtors under any agreement or applicable law because: (a) K.S. Aviation has
3 | not attached copies of documents which show K.S. Aviation, Inc. has a lien against property of the
4 | Debtors; and (b) K.S. Aviation, Inc. does not have a lien against any property of the Debtors.

Dated: October 21, 2020

/s/ Lawrence L. Szabo
LAWRENCE L. SZABO
Attorney for Debtors
DANIEL B. YOON and JEENEE S. YOON

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Dan Yoon |
| Debtor 2 (Spouse, if filing) | Jeenee Yoon |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number | 19CV-42763 |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
K.S. Aviation, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Michael Abbott
Name
126 South Third Avenue
Number    Street
Oakdale        CA        95361
City           State     ZIP Code

Contact phone 209-844-5633
Contact email michaelleeabbott@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number   Street _____
City     State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___ — ___ ___ ___ ___

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 6-1    Filed on 02/25/2020
                                                                      MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                                  Proof of Claim                                                  page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 2,984,726.19. **Does this amount include interest or other charges?**
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Fraud and indemnification

**9. Is all or part of the claim secured?**
☐ No
☑ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| | ☐ Yes. *Check one:* | | Amount entitled to priority |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   03/30/2020
                    MM / DD / YYYY

/s/ Michael Abbott
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Michael | Lee | Abbott |
|---|---|---|---|
| | First name | Middle name | Last name |

Title    Attorney for Creditor

Company  Law Offices of Michael Abbott
         Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  126 South Third Ave.
         Number    Street
         Oakdale                              CA        95361
         City                                 State     ZIP Code

Contact phone  209-844-5633        Email  michaelleeabbott@gmail.com