

LAWRENCE L. SZABO, #83974
3608 Grand Ave., Ste. 1
Oakland, CA 94610
Tel.: 510-834-4893
Fax: 510-834-9220
Email: szabolaw@gmail.com

The following constitutes the order of the Court.
Signed: November 30, 2020

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorney for Debtors
DANIEL B. YOON and JEENEE S. YOON

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:

DANIEL B. YOON and JEENEE S. YOON,

    Debtors.

Case No.: 19-42763

**ORDER SUSTAINING OBJECTION TO CLAIM**

    This case came before the Court upon Debtors' "FIRST AMENDED OBJECTION TO ALLOWANCE OF CLAIM OF K.S. AVIATION, INC. [CLAIM 6-2]" ("Objection"), filed herein [Doc #117]. The Court finds that the Objection and notice of opportunity for hearing of the Objection was properly served on all interested parties, and that no party filed an objection to the requested relief or a request for hearing within the time permitted. Accordingly, it is

    **ORDERED:**

    1. The Objection [Doc. #117] is sustained.

    2. The claim of K.S. Aviation, Inc. [Claim 6-2] is disallowed.

                   *\*END OF ORDER\**

1

## <u>COURT SERVICE LIST</u>

2   No service required.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28