

| | |
|---|---|
| 1  LAWRENCE L. SZABO, C.S.B. #83974 | |
|    Attorney at Law | |
| 2  3608 Grand Avenue | The following constitutes the order of the Court. |
|    Oakland, CA  94610 | Signed: September 8, 2021 |
| 3  (510) 834-4893 | |
|    szabo@sbcglobal.net | |

LAWRENCE L. SZABO, C.S.B. #83974
Attorney at Law
3608 Grand Avenue
Oakland, CA  94610
(510) 834-4893
szabo@sbcglobal.net

Attorney for Debtors
DANIEL B. YOON and JEENEE S. YOON

The following constitutes the order of the Court.
Signed: September 8, 2021

_____
Charles Novack
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re:

DANIEL B. YOON and JEENEE S. YOON,

Debtors.

No. 19-42763
Chapter 11

**ORDER AWARDING LAWRENCE L. SZABO COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AND ALLOWING AWARD AS AN ADMINISTRATIVE EXPENSE**

**Date:** September 3, 2021
**Time:** 11:00 a.m.
**Location:** Teleconference or video conference
**Judge:** Hon. Charles Novack

    The "Application of Lawrence L. Szabo for Award of Compensation for Services and Reimbursement for Expenses and for Allowance of Award as an Administrative Expense" [Docket No. 194] ("Application") came before the Court for hearing on September 3, 2021. Lawrence L. Szabo appeared on his own behalf. The Court having reviewed the Application, and the Court finding that notice of the Application and any hearing thereon was adequate under the circumstances; and all persons with standing were afforded the opportunity to be heard on the Application; and no objections or responses to the Application were filed; and sufficient cause having been shown for granting the Application,

    **IT IS HEREBY ORDERED**:

1. Lawrence L. Szabo is awarded $64,939.50 as compensation for services rendered and $1,487.07 for reimbursement of expenses for the period December 6, 2019, to August 13, 2021.

2. Lawrence L. Szabo is allowed an administrative expense of $66,426.57.

3. Daniel B. Yoon and Jeenee S. Yoon shall pay Lawrence L. Szabo $66,426.57 as an administrative expense as provided in their amended Plan of Reorganization for Small Business under Chapter 11, dated June 1, 2021 [Docket No. 169], confirmed by the Court on August 10, 2021.

**END OF ORDER***

# COURT SERVICE LIST

No service required. All recipients are ECF participants.